```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLEN HUANG d/b/a WESTLAKE
INTERNATIONAL,

                Plaintiff,

-against-

GOOGLE LLC,

                Defendant.

25-CV-09051 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

    Plaintiff commenced this action in State court on September 20, 2025, alleging causes of action under the Lanham Act and New York's General Business Law. Defendant removed the action from State court to this Court on October 31, 2025. Dkt. No. 1. Defendant's notice of removal explained that removal was proper under 28 U.S.C. § 1446 because the Court had federal question jurisdiction over Plaintiff's Lanham Act claim and supplemental jurisdiction over Plaintiff's State law claims. *Id.* Defendant then moved to dismiss the case on November 21, 2025. Dkt. No. 9.

    In response, Plaintiff filed an Amended Complaint on December 2, 2025. Dkt. No. 11. The Amended Complaint omits reference to the Lanham Act and alleges causes of action under State law, only. That same day, Defendant moved to remand this matter to the State court, arguing that the Court now lacks federal question jurisdiction over the case. Dkt. No. 12.

    The Court's Individual Rules and Practices give a plaintiff the option of amending her complaint within 14 days of a motion to dismiss without prior permission of the Court. *See* Individual R. II(B)(6). The Rule provides that, if a plaintiff avails herself of that option, the Court will deny a previously filed motion to dismiss as moot without prejudice and a defendant may either answer the amended complaint, file a new or supplemental motion to dismiss, or

submit a letter stating that it relies on its previous motion to dismiss. *Id.* Consistent with its Rule, the Court will DENY AS MOOT Defendant's Motion to Dismiss. Dkt. No. 9. In light of the pending motion to remand this matter to the State Court, however, the Court will *sua sponte* STAY Defendant's deadline answer, move against, or otherwise respond to the Amended Complaint until after the Court resolves the motion to remand. Defendant's opposition to that motion, or a letter stating that they consent to remand, is due by no later than **December 16, 2025.**

The Clerk of Court is respectfully directed to terminate Dkt. No. 9.

Dated: December 4, 2025
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge